AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  LEVI, DAVID F. | 2. Court or Organization  UNITED STATES DISTRICT COURT | 3. Date of Report  5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  UNITED STATES DISTRICT JUDGE | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address  U.S. COURT HOUSE  501 I STREET  SACRAMENTO, CALIFORNIA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | ▬ TRUST #1 |
| 2. | TRUSTEE | ▬ TRUST #3 |
| 3. | TRUSTEE | ▬ TRUST #6 |
| 4. | TRUSTEE | ▬ TRUST #7 |
| 5. | CUSTODIAN | CUSTODIAN ACCOUNT #1 |

2005 MAY 16 P 3: 32
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/2004 | JAMES PUBLISHING CO., ROYALTY | 1,811 |
| 2. | 12/2004 | UNIVERISTY OF CHICAGO, ROYALTY | 362 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | BINGHAM MCCUTCHEN, SAN FRANCISCO | FIRM PAID DIRECTLY FOR LODGING, FOOD, AND TRANSPORTATION. NO FUNDS REIMBURSED DIRECTLY TO JUDGE LEVI. 03/2004 |
| 2. | AMERICAN LAW INSTITUTE | REIMBURSEMENT FOR TRAVEL, 09/10/04-09/11/04 |
| 3. | STATE OF CALIFORNIA | REIMBURSEMENT FOR TRAVEL, 11/2004 |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  ABBOTT LABS - COMMON | B | Dividend | L | T | Partial Sale | 02/02 | K | E | |
| 2.  AFFILIATED COMP. SVCS. - COMMON | | None | M | T | | | | | |
| 3.  ALLENTON WI SAN DIST 1 WTRWKS | D | Interest | N | T | | | | | |
| 4.  APACHE CORP COMMON | A | Dividend | M | T | | | | | |
| 5.  BP AMOCO PLC ADR - COMMON | D | Dividend | M | T | | | | | |
| 6.  ALEXANDRIA REAL EST EQUITIES - COMMON | D | Dividend | M | T | | | | | |
| 7.  C H ROBINSON WORLDWIDE - COMMON | B | Dividend | M | T | | | | | |
| 8.  CAREMARK RX INC. | | None | L | T | | | | | |
| 9.  CISCO SYSTEMS INC | | None | K | T | Buy | 02/13 | K | | |
| 10. CISCO SYSTEMS INC | | None | | | Buy | 03/22 | K | | |
| 11. COCA COLA CO. - COMMON | B | Dividend | L | T | Partial Sale | 05/19 | K | E | |
| 12. COSTCO WHSL CORP (X) | A | Dividend | K | T | Buy | 02/13 | K | | |
| 13. DEAN FOODS CO - COMMON | | None | | | Partial Sale | 02/13 | K | D | |
| 14. DEAN FOODS CO - COMMON | | None | | | Partial Sale | 02/13 | K | D | |
| 15. DEAN FOODS CO - COMMON | | None | | | Partial Sale | 02/13 | L | E | |
| 16. DE KALB CNTY IL UNIT SCH DIST 424 | | None | N | T | | | | | |
| 17. DELL INC (X) | | None | M | T | Buy | 03/22 | L | | |
| 18. DELL INC (X) | | None | | | Buy | 07/09 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. DEVRY INC. DEL. - COMMON | | None | | | Buy | 07/14 | J | | |
| 20. DEVRY INC. DEL. - COMMON | | None | | | Buy | 08/16 | K | | |
| 21. DEVRY INC. DEL. - COMMON | | None | | | Partial Sale | 11/01 | J | | |
| 22. DEVRY INC. DEL. - COMMON | | None | | | Partial Sale | 11/01 | J | | |
| 23. DEVRY INC. DEL. - COMMON | | None | | | Sold | 11/01 | K | E | |
| 24. DONNELLY & SONS, R.R. (X) | B | Distribution | L | T | Buy | 02/13 | L | | |
| 25. DONNELLY & SONS, R.R. (X) | | None | | | Buy | 07/09 | K | | |
| 26. FEDERAL HOME LOAN BANKS CONS BONDS | D | Interest | M | T | | | | | |
| 27. FEDERAL HOME LN MTG CORP | | None | M | T | Buy | 08/18 | M | | |
| 28. FEDERAL NATL MTG ASSN BONDS | D | Interest | | | Sold | 08/15 | M | | |
| 29. FIRST DATA CORP COMMON | A | Dividend | M | T | Buy | 02/02 | K | | |
| 30. FORTUNE BRANDS INC (X) | | None | M | T | Buy | 11/18 | M | | |
| 31. GENERAL DYNAMICS CORP COMMON | B | Dividend | M | T | | | | | |
| 32. GILEAD SCIENCES INC - COMMON | | None | L | T | Buy | 03/22 | K | | |
| 33. GILEAD SCIENCES INC - COMMON | | None | | | Buy | 08/16 | K | | |
| 34. GOLDMAN SACHS GROUP (X) | A | Dividend | M | T | Buy | 03/22 | M | | |
| 35. H&R BLOCK INC - COMMON | B | Dividend | | | Partial Sale | 05/19 | K | E | |
| 36. H&R BLOCK INC - COMMON | | None | | | Partial Sale | 07/09 | K | E | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. H&R BLOCK INC - COMMON | | None | | | Sold | 07/09 | L | F | |
| 38. HT INSIGHT FUNDS INC | A | Dividend | K | T | | | | | |
| 39. INTEL CORP. - COMMON | A | Dividend | L | T | Buy | 08/16 | K | | |
| 40. INTEL CORP. - COMMON | | None | | | Partial Sale | 09/20 | K | | |
| 41. INTERNATIONAL BUS. MACH. - COMMON | B | Dividend | M | T | | | | | |
| 42. IOWA TELECOM SRVCS (X) | | None | M | T | Buy | 12/16 | L | | |
| 43. IOWA TELECOM SRVCS (X) | | None | | | Buy | 12/17 | L | | |
| 44. JOHNSON & JOHNSON COMMON | B | Dividend | L | T | | | | | |
| 45. JPMORGAN CHASE - COMMON (FORMERLY BANK ONE CORP) | B | Dividend | L | T | Buy | 02/13 | L | | |
| 46. JPMORGAN CHASE - COMMON (FORMERLY BANK ONE CORP) | | None | | | Buy | 07/14 | K | | |
| 47. KINDER MORGAN LLC | | None | L | T | | | | | |
| 48. KRONOS INC (X) | | None | M | T | Buy | 02/02 | L | | |
| 49. KRONOS INC (X) | | None | | | Buy | 02/13 | K | | |
| 50. KRONOS INC (X) | | None | | | Buy | 03/22 | J | | |
| 51. LINCARE HLDGS. INC. - COMMON | | None | | | Partial Sale | 01/15 | L | | |
| 52. LINCARE HLDGS. INC. - COMMON | | None | | | Sold | 01/16 | K | | |
| 53. MARATHON OIL CORP - COMMON (X) | B | Dividend | M | T | Buy | 10/07 | M | | |
| 54. MARICOPA CNTY AZ BOND | D | Interest | | | Sold | 03/04 | M | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$25,800   E = $15,001-$50,000
(See Columns B1 and D4)   F = $68,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $350,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. MAXIM INTEGRATED PROD | A | Dividend | L | T | | | | | |
| 56. MERCK & COMPANY - COMMON | D | Dividend | L | T | Partial Sale | 11/04 | L | F | |
| 57. METLIFE, INC. - COMMON | B | Dividend | M | T | | | | | |
| 58. MICROSOFT CORP - COMMON | | None | | | Sold | 05/19 | J | A | |
| 59. PNC BANK CORP COMMON | A | Dividend | | | Sold | 02/13 | L | D | |
| 60. PUBLIC STORAGE INC | B | Dividend | K | T | | | | | |
| 61. QUEST DIAGNOSTICS INC | A | Dividend | L | T | | | | | |
| 62. REGIS CORP COMMON (X) | A | Dividend | L | T | Buy | 07/12 | L | | |
| 63. REGIS CORP COMMON (X) | | None | | | Buy | 08/16 | K | | |
| 64. STERICYCLE INC (X) | | None | K | T | Buy | 02/02 | K | | |
| 65. STERIS CORPORATION | | None | | | Partial Sale | 09/28 | K | | |
| 66. STERIS CORPORATION | | None | | | Partial Sale | 09/28 | K | | |
| 67. STERIS CORPORATION | | None | | | Partial Sale | 09/29 | K | | |
| 68. STERIS CORPORATION | | None | | | Sold | 09/29 | J | | |
| 69. TYCO INTL LTD COMMON | | None | M | T | | | | | |
| 70. WACHOVIA PFD FDG CORP | D | Dividend | L | T | Partial Sale | 07/09 | K | | |
| 71. WALT DISNEY CO - COMMON | | None | | | Sold | 03/22 | K | E | |
| 72. WILLIS GROUP HLDG INC DL | | None | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type, (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. ZIONS CAP TR B CAP SECS | C | Dividend | L | T | | | | | |
| 74. AIR PRODUCTS & CHEMICALS INC | A | Dividend | J | T | Buy | 11/09 | J | | |
| 75. AMERICAN INT'L GROUP - COMMON | A | Dividend | K | T | Buy | 11/09 | J | | |
| 76. BRISTOL MYERS SQUIBB CO - COMMON | A | Dividend | J | T | | | | | |
| 77. CARNIVAL CORP COMMON (X) | A | Dividend | J | T | Buy | 05/20 | J | | |
| 78. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 79. CITIGROUP INC - COMMON | A | Dividend | K | T | | | | | |
| 80. E M C CORP | | None | J | T | | | | | |
| 81. ELI LILLY & CO - COMMON | A | Dividend | J | T | | | | | |
| 82. ERICSSON, L.M. TELEFON ADR CLASS B | | None | | | Sold | 10/25 | J | | |
| 83. FANNIE MAE COMMON | A | Dividend | K | T | | | | | |
| 84. FIRST DATA CORP COMMON (X) | A | Dividend | K | T | Buy | 06/07 | J | | |
| 85. FIRST DATA CORP COMMON (X) | | None | | | Buy | 08/24 | J | | |
| 86. FIRST DATA CORP COMMON (X) | | None | | | Buy | 11/09 | J | | |
| 87. GENERAL ELECTRIC COMMON | D | Dividend | N | T | | | | | |
| 88. ILLINOIS TOOL WORKS INC - COMMON | A | Dividend | J | T | Partial Sale | 5/20 | J | A | |
| 89. ILLINOIS TOOL WORKS INC COMMON | | None | | | Partial Sale | 06/07 | J | B | |
| 90. ILLINOIS TOOL WORKS INC COMMON | | None | | | Partial Sale | 06/07 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. INTEL CORP - COMMON | A | Dividend | K | T | | | | | |
| 92. INTERNATIONAL BUS. MACH. - COMMON | A | Dividend | K | T | | | | | |
| 93. JOHNSON & JOHNSON COMMON | A | Dividend | J | T | | | | | |
| 94. JP MORGAN CHASE & CO - COMMON | A | Dividend | K | T | | | | | |
| 95. KOHL'S CORP - COMMON | | None | J | T | Buy | 03/09 | J | | |
| 96. LASALLE BANK N.A. | A | Interest | J | T | | | | | |
| 97. MEDTRONIC INC - COMMON | A | Dividend | J | T | | | | | |
| 98. MELLON FINANCIAL CORP - COMMON | A | Dividend | | | Partial Sale | 06/07 | J | | |
| 99. MELLON FINANCIAL CORP - COMMON | | None | | | Sold | 10/26 | J | | |
| 100. MERCK & COMPANY - COMMON | A | Dividend | J | T | | | | | |
| 101. MICROSOFT CORP - COMMON | B | Dividend | K | T | | | | | |
| 102. MOLEX INC. - COMMON | A | Dividend | J | T | Buy | 11/09 | J | | |
| 103. OMNICOM GROUP - COMMON | A | Dividend | J | T | Partial Sale | 06/07 | J | | |
| 104. PEPSICO INC - COMMON | A | Dividend | J | T | | | | | |
| 105. PFIZER INC - COMMON | A | Dividend | J | T | | | | | |
| 106. SPX CORP | A | Dividend | | | Partial Sale | 08/24 | J | | |
| 107. SPX CORP | | None | | | Sold | 09/22 | J | | |
| 108. TIFFANY & CO - COMMON (X) | A | Dividend | J | T | Buy | 06/07 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. TIFFANY & CO - COMMON (X) | | None | | | Buy | 09/24 | J | | |
| 110. TIFFANY & CO - COMMON (X) | | None | | | | 11/09 | J | | |
| 111. TIME WARNER INC | | None | J | T | | | | | |
| 112. UNITED TECHNOLOGIES CORP - COMMON | A | Dividend | K | T | | | | | |
| 113. VIACOM INC CLASS B - COMMON | A | Dividend | K | T | Buy | 11/09 | J | | |
| 114. VISHAY INTERTECHNOLOGY | | None | K | T | Buy | 11/09 | J | | |
| 115. VODAFONE GROUP PLC UK | A | Dividend | K | T | | | | | |
| 116. WALGREEN CO - COMMON | A | Dividend | J | T | | | | | |
| 117. WELLS FARGO BANK - CHECKING SACRAMENTO | A | Interest | L | T | | | | | |
| 118. WELLS FARGO BANK - MM SACRAMENTO | | None | J | T | | | | | |
| 119. FAMILY RANCH PARTNERSHIP, L.P. | | None | K | T | | | | | |
| 120. | | | | | | | | | |
| 121. TRUST #1 CONSISTING OF: | | | | | | | | | |
| 122. HT INSIGHT CASH MANAGEMENT | A | Dividend | K | T | | | | | |
| 123. COOK CNTY ILL BOND | | None | M | T | | | | | |
| 124. ALBERTO CULVER CO (X) | | Non | K | T | Buy | 12/08 | K | | |
| 125. CISCO SYSTEMS INC (X) | | None | K | T | Buy | 02/02 | K | | |
| 126. CISCO SYSTEMS INC (X) | | None | | | Buy | 03/05 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001 $1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001 $50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. COSTCO WHSL CORP - COMMON | A | Dividend | K | T | | | | | |
| 128. CUNO INC - COMMON | | None | L | T | | | | | |
| 129. DELL INC (X) | | None | K | T | Buy | 07/09 | K | | |
| 130. DEVON ENERGY CORP (X) | A | Dividend | M | T | Buy | 05/19 | L | | |
| 131. DEVON ENERGY CORP (X) | | None | | | Buy | 08/16 | K | | |
| 132. DONNELLY & SONS, R. R. (X) | A | Dividend | K | T | Buy | 03/05 | K | | |
| 133. FPL GROUP INC | B | Dividend | | | Partial Sale | 03/05 | L | A | |
| 134. FPL GROUP INC | | None | | | Sold | 03/22 | L | | |
| 135. GENERAL DYNAMICS | A | Dividend | L | T | | | | | |
| 136. GENERAL ELECTRIC CO | B | Dividend | M | T | | | | | |
| 137. GOLDMAN SACHS GROUP (X) | A | Dividend | L | T | Buy | 03/22 | L | | |
| 138. IRON MOUNTAIN INC | | None | K | T | | | | | |
| 139. JP MORGAN CHASE (X) | B | Dividend | K | T | Buy | 02/13 | K | | |
| 140. KRONOS INC (X) | | None | K | T | Buy | 02/13 | K | | |
| 141. MCKESSON, INC - COMMON | A | Dividend | | | Sold | 01/23 | M | | |
| 142. PEPSICO, INC - COMMON | B | Dividend | | | Partial Sale | 07/09 | K | A | |
| 143. PEPSICO, INC - COMMON | | None | | | Sold | 12/08 | L | | |
| 144. PNC FINANCIAL CORP | A | Dividend | | | Sold | 02/13 | K | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $1,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. NORTHERN TRUST CORP (X) | | None | K | T | Buy | 11/18 | K | | |
| 146. 3M COMPANY (X) | A | Dividend | K | T | Buy | 02/02 | K | | |
| 147. WILLIS GROUP HLDG LTD | A | Dividend | K | T | | | | | |
| 148. WYETH - COMMON | B | Dividend | L | T | | | | | |
| 149. XILINX INC | A | Dividend | | | Sold | 05/19 | K | | |
| 150. | | | | | | | | | |
| 151. TRUST #6 CONSISTING OF: | | | | | | | | | |
| 152. ABN-AMRO IPMM | A | Interest | K | T | | | | | |
| 153. AFFILIATED COMP SVCS | | None | J | T | Buy | 03/05 | J | | |
| 154. ALEXANDRIA REALTY | A | Dividend | K | T | | | | | |
| 155. AMGEN INC | | None | | | Sold | 07/09 | J | | |
| 156. APACHE CORP | A | Dividend | K | T | | | | | |
| 157. C.H. ROBINSON | A | Dividend | K | T | | | | | |
| 158. CISCO SYSTEMS INC | | None | K | T | Buy | 02/13 | J | | |
| 159. COMCAST CORP CL A | | None | | | Buy | 02/02 | J | | |
| 160. COMCAST CORP CL A | | None | | | Sold | 07/09 | K | | |
| 161. COSTCO WHSL CORP (X) | A | Dividend | J | T | Buy | 02/13 | J | | |
| 162. CUNO INC - COMMON | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. DONNELLY & SONS, R.R. (X) | A | Dividend | K | T | Buy | 07/09 | J | | |
| 164. DONNELLY & SONS, R.R. (X) | | None | | | Buy | 08/16 | J | | |
| 165. EQUITY RES PPTYS CONV PFD SE E | | None | | | Sold | 02/02 | K | D | |
| 166. FORTUNE BRANDS INC (X) | | None | K | T | Buy | 11/18 | K | | |
| 167. GENERAL DYNAMICS | A | Dividend | J | T | | | | | |
| 168. INTEL CORP - COMMON | A | Dividend | K | T | | | | | |
| 169. IBM - COMMON | A | Dividend | K | T | | | | | |
| 170. IRON MOUNTAIN INC - COMMON | | None | J | T | | | | | |
| 171. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 172. JP MORGAN CHASE (X) | A | Dividend | K | T | Buy | 02/13 | J | | |
| 173. JP MORGAN CHASE (X) | | None | | | Buy | 08/16 | J | | |
| 174. KRONOS INC (X) | | None | J | T | Buy | 02/13 | J | | |
| 175. MERCK & CO INC | A | Dividend | | | Sold | 08/16 | K | | |
| 176. PEPSICO INC | A | Dividend | | | Sold | 12/08 | J | C | |
| 177. PUBLIC STORAGE INC PFD SER S (X) | A | Dividend | J | T | Buy | 01/06 | J | | |
| 178. ROYAL DUTCH PETROLEUM (X) | | None | | | Buy | 01/06 | J | | |
| 179. ROYAL DUTCH PETROLEUM (X) | | None | | | Sold | 02/02 | J | B | |
| 180. STERIS CORP | | None | | | Partial Sale | 09/28 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $60,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. STERIS CORP | | None | | | Sold | 09/29 | J | | |
| 182. 3M COMPANY | A | Dividend | K | T | Buy | 08/16 | J | | |
| 183. 3M COMPANY | | None | | | Buy | 11/18 | J | | |
| 184. TYCO INTL LTD | A | Dividend | J | T | | | | | |
| 185. WAL-MART STORES INC | | None | | | Sold | 02/02 | J | A | |
| 186. WILLIS GROUP HLDG LTD | A | Dividend | J | T | | | | | |
| 187. XILINX INC | A | Dividend | | | Sold | 05/19 | J | C | |
| 188. ZIONS CPA TR PFD SER B | A | Dividend | J | T | | | | | |
| 189. | | | | | | | | | |
| 190. ABBOTT LABS - COMMON | B | Dividend | K | T | Partial Sale | 02/02 | K | E | |
| 191. ABBOTT LABS - COMMON | | None | | | Partial Sale | 05/19 | K | E | |
| 192. ALBERTO CULVER - COMMON | B | Dividend | M | T | Buy | 08/16 | J | | |
| 193. APACHE CORP - COMMON | A | Dividend | M | T | | | | | |
| 194. BP PLC - COMMON (WAS REP AS "BP AMOCO PLC ADR - COMMON") | B | Dividend | L | T | | | | | |
| 195. COLONIAL CAP TR III GTD PFD SECS | D | Dividend | L | T | | | | | |
| 196. CAREMARK RX INC. | | None | N | T | Partial Sale | 03/05 | K | E | |
| 197. CISCO SYSTEMS INC (X) | | None | K | T | Buy | 02/13 | K | | |
| 198. CLARK CNTY NEVADA EF HOSP BOND | D | Interest | | | Redeemed | 07/01 | N | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $6,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $600,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. COOK CNTY IL BOND | | None | L | T | | | | | |
| 200. COSTCO WHSL. CORP. COMMON | A | Dividend | M | T | | | | | |
| 201. CUNO INC - COMMON | | None | M | T | | | | | |
| 202. CVS CORP - COMMON | B | Dividend | M | T | | | | | |
| 203. DELL INC (X) | | None | K | T | Buy | 07/09 | K | | |
| 204. DEVON ENERGY CORP (X) | A | Dividend | L | T | Buy | 07/09 | L | | |
| 205. WALT DISNEY | A | Dividend | | | Sold | 03/22 | L | F | |
| 206. DONNELLY & SONS, R.R. (X) | B | Dividend | L | T | Buy | 03/05 | K | | |
| 207. DONNELLY & SONS, R.R. (X) | | None | | | Buy | 07/09 | K | | |
| 208. FORTUNE BRANDS INC (X) | | None | L | T | Buy | 11/18 | L | | |
| 209. FRESNO CA UNI SCH DIST BONDS SER G | C | Interest | M | T | | | | | |
| 210. GENERAL ELECTRIC CO - COMMON | C | Dividend | M | T | | | | | |
| 211. HANOVER COMPRESSOR CO CONVERTIBLE BONDS | D | Interest | M | T | | | | | |
| 212. HT INSIGHT FUNDS TFMM | A | Dividend | K | T | | | | | |
| 213. INTEL CORP (X) | A | Dividend | J | T | Buy | 03/22 | K | | |
| 214. IRON MOUNTAIN INC | | None | L | T | | | | | |
| 215. JOHNSON & JOHNSON - COMMON | A | Dividend | K | T | | | | | |
| 216. JP MORGAN CHASE (X) | B | Dividend | L | T | Buy | 02/13 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,900 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000
| F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 |

2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000
| N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000
| P3 = $25,000,001-$50,000,000 | | N = $More than $50,000,000 | |

3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market
| U = Book Value | V = Other | W = Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. JP MORGAN CHASE (X) | | None | | | Buy | 07/09 | K | | |
| 218. KINDER MORGAN LLC | | None | K | T | | | | | |
| 219. LINCARE HLDGS INC. | | None | | | Partial Sale | 01/15 | L | D | |
| 220. LINCARE HLDGS INC. | | None | | | Sold | 01/16 | K | C | |
| 221. MARATHON OIL GROUP (X) | A | Dividend | K | T | Buy | 10/07 | K | | |
| 222. METLIFE, INC. - COMMON | A | Dividend | L | T | | | | | |
| 223. NORTHERN TRUST CORP | C | Dividend | M | T | | | | | |
| 224. PEPSICO - COMMON | B | Dividend | | | Sold | 12/08 | L | D | |
| 225. PNC BANK CORP - COMMON | A | Dividend | | | Sold | 02/13 | L | D | |
| 226. PUBLIC STORAGE INC - PREFERRED | D | Dividend | L | T | | | | | |
| 227. QUEST DIAGNOSTICS INC | A | Dividend | L | T | | | | | |
| 228. REGIS CORP. MINN. - COMMON | A | Dividend | M | T | | | | | |
| 229. SEATTLE WA MUNI BOND | | None | M | T | | | | | |
| 230. STERICYCLE INC | | None | M | T | Buy | 11/18 | K | | |
| 231. STERIS CORP - COMMON | | None | | | Partial Sale | 09/28 | K | | |
| 232. STERIS CORP - COMMON | | None | | | Sold | 09/29 | K | | |
| 233. WEST VIRGINIA ST MUNICIPAL BONDS (X) | B | Dividend | N | T | Buy | 07/12 | N | | |
| 234. WILLIS GROUP HLDGS (X) | | None | K | T | Buy | 12/08 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. WYETH - COMMON | B | Dividend | L | T | Partial Sale | 05/19 | K | E | |
| 236. XILINX INC - COMMON (X) | A | Dividend | | | Buy | 02/02 | L | | |
| 237. XILINX INC - COMMON (X) | | None | | | Sold | 05/19 | L | | |
| 238. ZEBRA TECHNOLOGIES | | None | N | T | Partial Sale | 05/19 | K | E | |
| 239. ZEBRA TECHNOLOGIES | | None | | | Partial Sale | 07/09 | K | E | |
| 240. ZIONS CAP. TR. - PREFERRED | D | Dividend | L | T | | | | | |
| 241. FAMILY RANCH PARTNERSHIP, L.P. | | None | K | T | | | | | |
| 242. FAMILY RANCH PARTNERSHIP, L.P. | | None | J | T | | | | | |
| 243. | | | | | | | | | |
| 244. HARRIS ACCOUNT-CHGO-IRA-CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 245. ABBOTT LABS (X) | | None | K | T | Gift Rec'd | 11/04 | J | | |
| 246. ABBOTT LABS (X) | | None | | | Gift Rec'd | 11/04 | J | | |
| 247. AFFILIATED COMP SVCS | | None | K | T | | | | | |
| 248. ALBERTO CULVER | A | Dividend | K | T | | | | | |
| 249. ALEXANDRIA REALTY | B | Dividend | K | T | | | | | |
| 250. APACHE CORP | A | Dividend | K | T | Partial Sale | 02/02 | K | B | |
| 251. CAREMARK RX INC | | None | L | T | | | | | |
| 252. CATS SERIES Y | A | Interest | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. CHEVRON TEXACO CORP | A | Dividend | K | T | | | | | |
| 254. CH ROBINSON | A | Dividend | K | T | Partial Sale | 02/17 | J | D | |
| 255. CINTAS CORP (X) | A | Dividend | K | T | Buy | 02/02 | K | | |
| 256. CINTAS CORP (X) | | None | | | Buy | 08/16 | J | | |
| 257. CISCO SYSTEMS INC (X) | | None | K | T | Buy | 02/17 | K | | |
| 258. CISCO SYSTEMS INC (X) | | None | | | Buy | 03/05 | J | | |
| 259. COSTCO WHSL CORP | A | Dividend | K | T | | | | | |
| 260. CUNO INC | | None | K | T | | | | | |
| 261. CVS CORP | A | Dividend | K | T | | | | | |
| 262. DELL INC (X) | | None | K | T | Buy | 03/22 | K | | |
| 263. DEVON ENERGY CORP (X) | A | Dividend | K | T | Buy | 03/22 | K | | |
| 264. DEVRY | | None | | | Buy | 08/16 | J | | |
| 265. DEVRY | | None | | | Sold | 11/01 | J | D | |
| 266. WALT DISNEY | A | Dividend | K | T | Partial Sale | 03/22 | J | C | |
| 267. DONNELLY & SONS, R.R. (X) | A | Dividend | K | T | Buy | 02/17 | K | | |
| 268. DONNELLY & SONS, R.R. (X) | | None | | | Buy | 03/22 | J | | |
| 269. ELBERFELD-JH CASTLE SCH BLDG CORP IND | C | Interest | L | T | | | | | |
| 270. FEDERAL HOME LOAN BANK | B | Interest | | | Redeemed | 04/16 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real estate only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. FEDERAL HOME LOAN MTG CORP (X) | A | Interest | L | T | Buy | 08/17 | L | | |
| 272. FIRST DATA CORP | A | Dividend | K | T | | | | | |
| 273. FORTUNE BRANDS INC (X) | | None | K | T | Buy | 11/18 | K | | |
| 274. FPL GROUP INC | A | Dividend | | | Sold | 03/22 | K | | |
| 275. GENERAL ELECTRIC CO | A | Dividend | K | T | Buy | 02/17 | K | | |
| 276. GILEAD SCIENCES INC (X) | | None | J | T | Gift | 11/04 | J | | |
| 277. INTEL CORP | A | Dividend | K | T | | | | | |
| 278. IBM | A | Dividend | K | T | Buy | 07/09 | J | | |
| 279. INTERPUBLIC GROUP COS | | None | | | Sold | 05/19 | J | D | |
| 280. IOWA TELECOMM SRVCS (X) | | None | K | T | Buy | 12/17 | K | | |
| 281. IRON MOUNTAIN INC | | None | | | Sold | 12/17 | K | C | |
| 282. JP MORGAN CHASE (X) | A | Dividend | K | T | Buy | 02/17 | K | | |
| 283. JP MORGAN CHASE (X) | | None | | | Buy | 05/19 | J | | |
| 284. JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 285. KINDER MORGAN LLC | | None | K | T | | | | | |
| 286. KINDER MORGAN LLC | | None | | | Partial Sale | 05/15 | J | A | |
| 287. KINDER MORGAN LLC | | None | | | Partial Sale | 08/14 | J | A | |
| 288. KINDER MORGAN LLC | | None | | | Partial Sale | 11/13 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$60,000 O = $500,001-$1,000,000 | L = $60,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. KRONOS INC (X) | | None | K | T | Buy | 02/02 | K | | |
| 290. KRONOS INC (X) | | None | | | Buy | 03/22 | J | | |
| 291. LINCARE HLDGS INC | | None | | | Sold | 01/16 | K | C | |
| 292. MARATHON OIL GROUP (X) | A | Dividend | K | T | Buy | 10/07 | K | | |
| 293. MCKESSON INC | A | Dividend | | | Sold | 01/23 | K | | |
| 294. MERCK & CO | A | Dividend | | | Sold | 08/16 | K | E | |
| 295. NORTHERN TRUST CORP | A | Dividend | K | T | | | | | |
| 296. PEPSICO INC | A | Dividend | | | Sold | 03/22 | K | D | |
| 297. PNC FINANCIAL CORP | A | Dividend | | | Sold | 02/17 | K | D | |
| 298. QUEST DIAGNOSTICS INC | A | Dividend | K | T | | | | | |
| 299. REGIS CORP. MINN - COMMON | A | Dividend | K | T | | | | | |
| 300. STERICYCLE INC | | None | K | T | | | | | |
| 301. STERIS CORP | | None | | | Buy | 02/02 | J | | |
| 302. STERIS CORP | | None | | | Sold | 09/30 | K | | |
| 303. TYCO INTL LTD | A | Dividend | K | T | Buy | 02/02 | J | | |
| 304. WACHOVIA PFD SER A | B | Dividend | K | T | | | | | |
| 305. WELLS FARGO & CO | | None | | | Sold | 01/29 | K | C | |
| 306. WILLIAM BLAIR READY RESERVE | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. WILLIS GROUP HLDGS (X) | A | Dividend | K | T | Buy | 02/17 | K | | |
| 308. ZEBRA TECHNOLOGY | | None | K | T | Partial Sale | 05/19 | J | D | |
| 309. ZIONS CAP TR - PREFERRED | B | Interest | K | T | | | | | |
| 310. HARRIS BANK CHICAGO | A | Interest | J | T | | | | | |
| 311. WELLS FARGO INDEXED | A | Interest | K | T | | | | | |
| 312. WELLS FARGO CHECKING | | None | J | T | | | | | |
| 313. WELLS FARGO SAVINGS | A | Interest | J | T | | | | | |
| 314. | | | | | | | | | |
| 315. ████TRUST #3 [REPLACED BY ████ TRUST #7] | | | | | | | | | |
| 316. WILLIAM BLAIR READY RESERVES | | | | | Transfer Out | 03/13 | K | | |
| 317. WILLIAM BLAIR MUTUAL FUNDS GROWTH | | | | | Transfer Out | 03/13 | K | | |
| 318. ABBOTT LABS | | | | | Transfer Out | 03/13 | L | | |
| 319. BANK OF AMERICA CORP COMMON | | | | | Sold | 02/04 | J | A | |
| 320. CHEVRONTEXACO CORP | | | | | Transfer Out | 03/13 | K | | |
| 321. CINTAS | | | | | Transfer Out | 03/13 | K | | |
| 322. CUNO INC-COMMON | | | | | Transfer Out | 03/13 | J | | |
| 323. GENERAL ELECTRIC | | | | | Transfer Out | 03/13 | L | | |
| 324. MATTEL INC-COMMON | | | | | Transfer Out | 03/13 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,100,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,801-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3 5. MICROSOFT CORP-COMMON | | | | | Transfer Out | 03/13 | J | | |
| 326. MOLEX INC CL A | | | | | Transfer Out | 03/13 | J | | |
| 327. PEPSICO INC-COMMON | | | | | Transfer Out | 03/13 | L | | |
| 328. SHERWIN WILLIAMS | | | | | Transfer Out | 03/13 | K | | |
| 329. WALT DISNEY CO-COMMON | | | | | Transfer Out | 03/13 | J | | |
| 330. | | | | | | | | | |
| 331. ▇▇▇ TRUST #7 (X) [REPLACES ▇▇▇ TRUST #3] CONSISTING OF: | | | | | | | | | |
| 332. ABBOTT LABS (X) | B | Dividend | K | T | Transfer In | 03/13 | L | | |
| 333. ABBOTT LABS (X) | | None | | | Partial Sale | 03/22 | K | E | |
| 334. CHEVRON TEXACO CORP (X) | A | Dividend | K | T | Transfer In | 03/13 | K | | |
| 335. CINTAS CORP (X) | A | Dividend | K | T | Transfer In | 03/13 | K | | |
| 336. CISCO SYSTEMS INC (X) | | None | J | T | Buy | 03/22 | J | | |
| 337. COLONIAL CAPITAL TRUST PFD SER B (X) | B | Dividend | K | T | Buy | 03/22 | J | | |
| 338. COLONIAL CAPITAL TRUST PFD SER B (X) | | None | | | Buy | 03/23 | K | | |
| 339. CUNO INC (X) | | None | J | T | Transfer In | 03/13 | J | | |
| 340. DEVON ENERGY CORP (X) | A | Dividend | K | T | Buy | 05/19 | J | | |
| 341. DEVON ENERGY CORP (X) | | None | | | Buy | 08/16 | J | | |
| 342. WALT DISNEY CO (X) | A | Dividend | | | Transfer In | 03/13 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$6,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 343. WALT DISNEY CO (X) | | None | | | Sold | 03/22 | J | B | |
| 344. FORTUNE BRANDS INC (X) | | None | J | T | Buy | 11/18 | J | | |
| 345. GENERAL ELECTRIC (X) | B | Dividend | L | T | Transfer In | 03/13 | L | | |
| 346. GENERAL ELECTRIC CORP BONDS (X) | A | Interest | L | T | Buy | 05/19 | L | | |
| 347. GOLDMAN SACHS GROUP (X) | A | Dividend | | | Buy | 03/22 | K | | |
| 348. GOLDMAN SACHS GROUP (X) | | None | | | Sold | 08/16 | K | | |
| 349. HOSPIRA INC (X) [ABBOTT LABS SPIN OFF WITH HOSPIRA] | | None | J | T | Spin Off | 05/03 | J | | |
| 350. IBM (X) | A | Dividend | J | T | Buy | 03/22 | J | | |
| 351. JP MORGAN CHASE (X) | A | Dividend | K | T | Buy | 05/19 | J | | |
| 352. JP MORGAN CHASE (X) | | None | | | Buy | 08/16 | J | | |
| 353. LUCENT TECHNOLOGIS WARRANT (X) | | None | J | T | Transfer In | 12/10 | J | | |
| 354. MATTEL INC (X) | | None | | | Transfer In | 03/13 | J | | |
| 355. MATTEL INC (X) | | None | | | Sold | 03/22 | J | D | |
| 356. MICROSOFT CORP (X) | | None | | | Transfer In | 03/13 | J | | |
| 357. MICROSOFT CORP (X) | | None | | | Sold | 03/22 | J | B | |
| 358. MOLEX CLASS A (X) | A | Dividend | K | T | Transfer In | 03/13 | J | | |
| 359. PEPSICO INC (X) | A | Dividend | L | T | Transfer In | 03/13 | L | | |
| 360. PEPSICO INC (X) | | None | | | Partial Sale | 03/22 | J | D | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,901-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. SHERWIN WILLIAMS CO (X) | A | Dividend | K | T | Transfer In | 03/13 | K | | |
| 362. SHERWIN WILLAMS CO (X) | | None | | | Partial Sale | 03/22 | J | D | |
| 363. WILLIAM BLAIR READY RESERVE (X) | A | Interest | J | T | Transfer In | 03/13 | K | | |
| 364. WILLIAM BLAIR MUTUAL FUNDS GROWTH (X) | | | | | Transfer In | 03/13 | K | | |
| 365. WILLIAM BLAIR MUTUAL FUNDS GROWTH (X) | | | | | Sold | 03/22 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEVI, DAVID F | 5/15/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

ASSETS LISTED IN PART VII. OF THE 2003 REPORT, LINES 325 - 398 ARE NOT BEING REPORTED IN 2004 AND ALL SUBSEQUENT YEARS DUE TO THE FACT THAT ████████████████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date  5/13/2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544